*Proposed Order Prepared & Submitted By:*
John T. Morgan (USB #3839)
**UNITED STATES DEPARTMENTOF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: John.T.Morgan@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:<br><br>**EDITH M. BRIDGEFORTH,**<br><br>Debtor. | **Bankruptcy Case No. 14-31929 WTT**<br>(Chapter 7)<br>Chief Judge William T. Thurman |
|---|---|

**ORDER DENYING DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(8)**

The United States Trustee's Motion for Order Denying Discharge Pursuant to 11 U.S.C. §727(a)(8) ("Motion") having been filed in the present Case, and the Motion and Notice of Opportunity for Hearing thereof having been properly served on all parties in interest, and there being no timely response filed by the Debtor or others, and the Court having considered the record before it, and the default of the Debtor being noted, and being otherwise duly advised, and good cause appearing, now therefore:

IT IS HEREBY ORDERED that the Debtor's Chapter 7 Discharge is denied pursuant to 11 U.S.C. §727(a)(8).

----------------------------------------END OF DOCUMENT----------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing **ORDER DENYING DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(8)** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

David C. West
davewest@infowest.com
ut14@ecfcbis.com

John T. Morgan
John.T.Morgan@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Edith M. Bridgeforth
210 West 400 South
Cedar City, UT 84720

/s/
John T. Morgan