**The below described is SIGNED.**




**Dated: March 12, 2015**

_____
WILLIAM T. THURMAN
U.S. Bankruptcy Judge

tks

_____

*Proposed Order Prepared & Submitted By:*
John T. Morgan (USB #3839)
**UNITED STATES DEPARTMENTOF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111
Telephone:    (801) 524-5734
Facsimile:    (801) 524-5628
Email:   John.T.Morgan@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re: | Bankruptcy Case No. 14-31929 WTT |
|---|---|
| **EDITH M. BRIDGEFORTH,** | (Chapter 7) |
| | Chief Judge William T. Thurman |
| Debtor. | |

### ORDER DENYING DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(8)

The United States Trustee's Motion for Order Denying Discharge Pursuant to 11 U.S.C. §727(a)(8) ("Motion") having been filed in the present Case, and the Motion and Notice of Opportunity for Hearing thereof having been properly served on all parties in interest, and there being no timely response filed by the Debtor or others, and the Court having considered the record before it, and the default of the Debtor being noted, and being otherwise duly advised, and good cause appearing, now therefore:

Entered On Docket: 03/12/2015

IT IS HEREBY ORDERED that the Debtor's Chapter 7 Discharge is denied pursuant to 11 U.S.C. §727(a)(8).

----------------------------------------END OF DOCUMENT----------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing **ORDER DENYING DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(8)** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

David C. West
davewest@infowest.com
ut14@ecfcbis.com

John T. Morgan
John.T.Morgan@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Edith M. Bridgeforth
210 West 400 South
Cedar City, UT 84720

                                                           /s/
                                          John T. Morgan

United States Bankruptcy Court
District of Utah

In re:
Edith M Bridgeforth
    Debtor

Case No. 14-31929-WTT
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: mtm | Page 1 of 1 | Date Rcvd: Mar 12, 2015 |
|---|---|---|---|
| | Form ID: pdfor1 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2015.
db      +Edith M Bridgeforth,    210 West 400 South,    Cedar City, UT 84720-3240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2015            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2015 at the address(es) listed below:
         David C. West tr    davewest@infowest.com,   ut14@ecfcbis.com
         John T. Morgan tr    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov,
      James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
         Steven W. Call    on behalf of Creditor Lionel & Artis   Grady scall@rqn.com,
      docket@rqn.com;lconterio@rqn.com
         United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
    TOTAL: 4